UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BROWER-MCLEAN, ET AL., | Civil Action No. 05-5150 (PGS) |
| Plaintiffs, | |
| v. | **ORDER** |
| JERSEY CITY, ET AL., | |
| Defendants. | |

Having reviewed this matter, it is on this ___18___ day of December, 2008, hereby

ORDERED

1. The jury trial shall commence on February 18, 2009 at 10:00 a.m.,

2. A settlement/status conference and pre-marking of exhibits and any other pretrial matter shall be conducted on February 17, 2009 at 2:00 p.m.,

3. Proposed voir dire questions and jury instructions shall be submitted on or before February 11, 2009,

4. Any in limine motions shall be submitted on or before February 4, 2009, and any replies shall be submitted on or before February 11, 2009.

PETER G. SHERIDAN, U.S.D.J.