UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

**ARSENEAULT, WHIPPLE, FARMER,**
**FASSETT & AZZARELLO, LLP**
John C. Whipple, Esq. (JW 1591)
560 Main Street
Chatham, New Jersey 07928
Telephone: 973-635-3366
Facsimile: 973-635-0855
**Attorneys for Defendant Edward Rossiter**

| | |
|---|---|
| JOYCE P. BROWER-MCLEAN, SABLE MCLEAN by her guardian ad litem Joyce P. Brower Mclean, et al., | Civil Action No. 05-5150 (PGS) |
| Plaintiffs, | |
| v. | **ORDER** |
| CITY OF JERSEY CITY, et al., | |
| Defendants. | |

**THIS MATTER** having come before the Court on a motion for an adjournment of the trial date brought by the Defendant, Edward Rossiter, by and through his attorneys, Arseneault, Whipple, Farmer, Fassett & Azzarello, LLP; and the Court having reviewed the motion and its supporting papers all under seal; and the Court having reviewed the papers submitted in opposition by the Plaintiffs; and the Court having determined that a an evidentiary hearing is necessary to assist the Court in its decision making process on the motion; and good cause having been shown,

IT IS on this __19__ day of **February, 2009 HEREBY ORDERED** that Defendant Edward Rossiter's treating psychologist Dr. Eugene Stefanelli appear before this Court for an evidentiary hearing on the __9__ day of March, 2009 at __11:00__ (a.m)/~~p.m.~~

_____
HONORABLE PETER G. SHERIDAN
UNITED STATES DISTRICT JUDGE